**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 95-3152**

_____

In Re: CORLIA NAOMI GREEN,

                                          Debtor.

_____

CORLIA NAOMI GREEN,

                                    Plaintiff - Appellant,

        and

JAMES GREEN, JR.,

                                          Plaintiff,

        versus

MIDLAND MORTGAGE COMPANY,

                                    Defendant - Appellee,

        and

THOMAS L. LACKEY,

                                    Party in Interest.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-95-3524-AW, BK-95-1-1082-DK)

_____

Submitted:  December 12, 1996      Decided:  December 18, 1996

Before MURNAGHAN, NIEMEYER, and LUTTIG, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Corlia Naomi Green, Appellant Pro Se.  Anthony Joseph DiPaula, COVAHEY & BOOZER, Towson, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying as un-timely her motion for leave to appeal from an order of the bank-ruptcy court granting relief from an automatic stay. Finding no reversible error, we grant leave to proceed in forma pauperis and affirm on the reasoning of the district court. Green v. Midland Mortgage Co., Nos. CA-95-3524-AW; BK-95-1-1082-DK (D. Md. Dec. 1, 1995). We deny Appellee's motion to dismiss the appeal and we deny Appellant's motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED